1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

9   RODNEY "SHILOH" QUINE,                    CASE NO. 1:11-cv-01518-SKO PC

10                      Plaintiff,            ORDER DIRECTING CLERK OF THE COURT
                                             TO CLOSE THIS CASE PURSUANT TO
11      v.                                   PLAINTIFF'S NOTICE OF VOLUNTARY
                                             DISMISSAL
12   EDMUND G. BROWN, et al.,
                                             (Doc. 9)
13                      Defendants.
                                        /

14

15          On May 3, 2012, Plaintiff Rodney "Shiloh" Quine filed a notice of voluntary dismissal

16   pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).  At this stage in the proceedings, Plaintiff

17   has the absolute right to dismiss his claims, without prejudice.  Duke Energy Trading and Marketing,

18   L.L.C. v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001).  The filing of the notice itself has the effect

19   of closing the action, and the Court no longer has jurisdiction over the claims.  Id.

20          Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to

21   Plaintiff's notice of voluntary dismissal filed on May 3, 2012.

22

23   IT IS SO ORDERED.

24   **Dated:     May 7, 2012**                      _____/s/ Sheila K. Oberto_____
                                                     UNITED STATES MAGISTRATE JUDGE
25

26

27

28

                                                    1